UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNION CAPITAL LLC,

                     Plaintiff,

         -v-                         16-cv-6203 (KBF)

5BARZ INTERNATIONAL INC.,               ORDER

                    Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 23, 2016

KATHERINE B. FORREST, District Judge:

      The Court sees the reference to the Geogheghan declarations on ECF but has not received a courtesy copy of the declarations or their exhibits. Defendant is directed to provide a courtesy copy of the declaration and all exhibits by **5:00 p.m. on Monday, September 26, 2016**.

      SO ORDERED.

Dated:     New York, New York
             September 23, 2016

                                                         _____
                                                           KATHERINE B. FORREST
                                                           United States District Judge