Sheryl Mintz Goski
Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*

30 COLUMBIA TURNPIKE
P.O. BOX 479
FLORHAM PARK, NJ  07932
OFFICE (973) 520-8520   FAX: (973) 629-1234

New York Address:
2 Scrimshaw Drive
Southampton NY 11968

MOBILE: (908) 334- 8552
_____
EMAIL:   sgoski@goskilaw.com

www.goskilaw.com

26 September 2016
The Honorable Katherine B. Forrest
United States Courthouse
Southern District of New York
500 Pearl Street Room 1950
New York, NY 10007

      Via ECF and Email forrestnysdchambers@nysd.uscourts.gov

      Re:    Union Capital, LLC v. 5BARZ International, Inc. 16-cv-6203 (KBF)

Dear Judge Forrest:

      I represent 5BARZ International, Inc.  Pursuant to the agreed upon schedule, on 16 September 2016, we filed opposition on behalf of the client.  I am working with counsel in Florida and was in Miami with the client at the time of the filing.  Florida counsel, the Law Firm of Richard Burton, served the hard copies of the filing upon the Court and adverse counsel.  I am advised that they were sent last week, by regular mail, as I advised Your Honor's law clerk.  The courtesy copies should arrive in chambers today, however, in an excess of caution, I have also instructed Florida counsel to send a second set to the Court and to adverse counsel for delivery by tomorrow morning.  I hope that will be acceptable and I thank the Court and counsel for their courtesies.

                                Respectfully,


                                <u>s/ Sheryl Mintz Goski</u>

Cc:  Jeffrey Fleischmann, Esq. (via ECF and email jf@lawjf.com)